

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff - Appellee,<br><br>  v.<br><br>TYMOND J PRESTON,<br><br>          Defendant - Appellant. | No. 11-10511<br><br>D.C. No. 3:10-cr-08026-GMS-1<br>District of Arizona,<br>Prescott<br><br>ORDER AMENDING OPINION |

Before: FARRIS, NOONAN, and BYBEE, Circuit Judges.

The opinion filed on February 5, 2013 is amended as follows:

> On slip Opinion page 26, lines 7–10, remove the following text: [Preston failed to move for acquittal at the close of the evidence, so we reverse only for plain error. *United States v. Delgado*, 357 F.3d 1061, 1068 (9th Cir. 2004).]

> On slip Opinion page 26, line 12, change the following text: [any] to [*any*]

> On slip Opinion page 26, line 14, change the following text: [*Id.* (citations and emphasis omitted).] to [*Jackson v. Virginia*, 443 U.S. 307, 319 (1979) (emphasis in original); *United States v. Atkinson*, 990 F.2d 501, 503 (9th Cir. 1993) (en banc).]

> On slip Opinion page 27, line 1, change the following text: [reasonable] to [rational]

On slip Opinion page 27, line 13, change the following text: [reasonable] to [rational]

On slip Opinion page 27, lines 13–14, change the following text: [*Delgado*, 357 F.3d at 1068.] to [*Jackson*, 443 U.S. at 319.]